AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF AL; BOB RILEY, GOVERNOR; TROY
KING, ATTORNEY GENERAL; NANCY L.
WORLEY, SECRETARY OF STATE

CASE NUMBER:

2:06CU 225-C

TO: (Name and address of Defendant)

STATE OF ALABAMA
C/O TROY KING
ATTORNEY GENERAL FOR THE STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

DATE 3/16/06

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF AL; BOB RILEY, GOVERNOR; TROY
KING, ATTORNEY GENERAL; NANCY L.
WORLEY, SECRETARY OF STATE

CASE NUMBER:
2:06CV225-C

TO: (Name and address of Defendant)

TROY KING
ATTORNEY GENERAL OF THE STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____        _____
CLERK                                    DATE    3/16/06

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     District of     _____ ALABAMA _____

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF AL; BOB RILEY, GOVERNOR; TROY
KING, ATTORNEY GENERAL; NANCY L.
WORLEY, SECRETARY OF STATE

CASE NUMBER:

2:06CV 225-C

TO: (Name and address of Defendant)

NANCY L. WORLEY
SECRETARY OF STATE OF THE STATE OF ALABAMA
STATE CAPITOL, RM 5105
600 DEXTER AVENUE
MONTGOMERY, AL 36103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

3/16/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF AL; BOB RILEY, GOVERNOR; TROY
KING, ATTORNEY GENERAL; NANCY L.
WORLEY, SECRETARY OF STATE

CASE NUMBER:

2:06 CV 225-C

TO: (Name and address of Defendant)

STATE OF ALABAMA
C/O BOB RILEY
GOVERNOR OF THE STATE OF ALABAMA
STATE CAPITOL
MONTGOMERY, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

3/16/06

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA,

V.

STATE OF AL; BOB RILEY, GOVERNOR; TROY
KING, ATTORNEY GENERAL; NANCY L.
WORLEY, SECRETARY OF STATE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV 225-C

TO: (Name and address of Defendant)

BOB RILEY
GOVERNOR OF THE STATE OF ALABAMA
STATE CAPITOL
MONTGOMERY, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

| | |
|---|---|
| CLERK | DATE 3/16/06 |
| (By) DEPUTY CLERK | |