| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br>MAR 17 2006<br>C. Signature<br>X BMB   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Nancy L. Worley<br>Secretary of State for AL<br>State Capitol, Rm 5105<br>600 Dexter Avenue<br>Montgomery, AL 36103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV225-C<br>S*C |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0009 2318 9608 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-99-M-1789 |