| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Margaret Fleming   3-23-06<br>C. Signature<br>X _____  ☒ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06CV225-C<br>S+C |
| 1. Article Addressed to:<br><br>State of Alabama<br>C/O Troy King<br>Atty. Gen. for the State of AL<br>11 South Union Street<br>Montgomery, AL 36130 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | |

PS Form 3811, July 1999       Domestic Return Receipt       102595-99-M-1789

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Margaret Fleming   3-23-06<br>C. Signature<br>X _____  ☒ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06CV225-C<br>S+C |
| 1. Article Addressed to:<br><br>Troy King<br>Atty. Gen. of the State of AL<br>11 South Union Street<br>Montgomery, AL 36130 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | |

PS Form 3811, July 1999       Domestic Return Receipt       102595-99-M-1789