**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 6, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: United States of America    vs.  State of Alabama, et al
Civil Action No.  2:06-cv-225-CSC

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:06-cv-225 -MEF.  This new case number should be used on all future correspondence and pleadings in this action.