IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-225-MEF |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that counsel for the government file a written report on the status of this case on or before June 5, 2006.

DONE this 23rd day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE