IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number<br>) 2:06-cv-00225-MEF-CSC |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendants. | ) |

# NOTICE OF APPEARANCE

The undersigned gives notice of her appearance as counsel of record for the Defendants *State of Alabama, Bob Riley, Governor of Alabama, Troy King, Attorney General of the State of Alabama, and Nancy L. Worley, Secretary of State of Alabama.*

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL
    STATE OF ALABAMA

    **/s Margaret L. Fleming**

    **Margaret L. Fleming (FLE 001)**
    Bar Number: ASB-7942-M34M
    Assistant Attorney General
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130-0152
    Telephone: (334) 242-7300
    Facsimile: (334) 353-8440
    Email: mfleming@ago.stat.al.us

    **Attorneys for Defendants**

# **CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of May, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

**Veronica S. Jung**, veronica.jung@usdoj.gov

**Emily B. Smith**, emily.smith@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| **John K. Tanner** | **Wan J. Kim** | **Rebecca J. Wertz** |
|---|---|---|
| Chief, Voting Section | Voting Section | U.S. Department of Justice |
| U.S. Department of Justice | U.S. Department of Justice | Civil Rights Division |
| Civil Rights Division | Civil Rights Division | Voting Section |
| Room 7254-NWB | Room 7254-NWB | Post Office Box 66128 |
| 950 Pennsylvania Avenue, NW | 950 Pennsylvania Avenue, NW | Washington, DC  20035-6128 |
| Washington, DC  20530 | Washington, DC  20530 | |

/s Margaret L. Fleming
**Margaret L. Fleming (FLE 001)**
Bar Number:  ASB-7942-M34M
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130-0152
Telephone:  (334)  242-7300
Facsimile:  (334)  353-8440
Email:  mfleming@ago.stat.al.us

**Attorneys for Defendants**

2