IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA; BOB RILEY, )<br>GOVERNOR OF THE STATE OF ALABAMA; )<br>TROY KING, ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA; NANCY L. )<br>WORLEY, SECRETARY OF STATE OF THE )<br>STATE OF ALABAMA, )<br>)<br>Defendants. ) | Civil Action No. 2:06cv225-CSC |

## ORDER

It is HEREBY ORDERED THAT for the 2006 primary election cycle, Alabama voters may continue to request and receive absentee ballots for both the primary election and any primary run-off election with a single application.

ORDERED this _____ day of May 2006.

_____
Judge Mark E. Fuller
Chief United States District Judge