IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA; BOB RILEY, )<br>GOVERNOR OF THE STATE OF ALABAMA; )<br>TROY KING, ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA; NANCY L. )<br>WORLEY, SECRETARY OF STATE OF THE )<br>STATE OF ALABAMA, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 2:06cv225-CSC |

CERTIFICATE OF SERVICE

This is to certify that on May 24, 2006, a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will electronically send a copy of the same to the following:

    Margaret Fleming, mfleming@ago.state.al.us
    Counsel for Defendants

Dated: May 24, 2006

                                                  EMILY B. SMITH
                                                Department of Justice