IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-225-MEF |
| | ) | |
| STATE OF ALABAMA, *et al.,* | ) | (WO) |
| | ) | |
| DEFENDANTS. | ) | |

## **ORDER**

This cause is before the court on the Unopposed Motion for Interlocutory Order (Doc. # 10) filed by the United States of America on May 24, 2006. For good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that for the primary election cycle, Alabama voters may continue to request and receive absentee ballots for both the primary election and any primary run-off election with a single application.

DONE this the 25th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE