ACT No. 2006-**354**

1    SB529

2    83194-6

3    By Senator Mitchell

4    RFD: Finance and Taxation Education

5    First Read: 07-MAR-06



RECEIVED
APR - 6 2006
GOVERNOR'S
OFFICE

EXHIBIT

A-1

SB529

1    SB529

2

3

4    <u>ENROLLED</u>, An Act,

5              Relating to elections; to amend Sections 17-10-10,

6    17-10-23, 17-16-6, and 17-16-36, Code of Alabama 1975,

7    relating to absentee balloting; to provide procedures for

8    overseas citizens and military personnel to cast absentee

9    ballots; and to amend Sections 11-43-44, 11-46-21, 11-46-55,

10   and 17-10-12, Code of Alabama 1975, as last amended by Act

11   2006-281 of the 2006 Regular Session, to provide for runoffs

12   in municipal elections to take place six weeks following the

13   general municipal election and to provide further that

14   municipal officials elected at the regular municipal election

15   pursuant to Section 11-46-21 shall assume the duties of their

16   respective offices on the first Monday in November following

17   the election.

18   BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

19             Section 1. Sections 17-10-10, 17-10-23, 17-16-6, and

20   17-16-36, Code of Alabama 1975, are amended to read as

21   follows:

22             "§17-10-10.

23             "(a) Upon receipt of the absentee ballot, the

24   absentee election manager shall record its receipt thereof on

25   the absentee list as provided in Section 17-10-5 and shall

Page 1

SB529

1    safely keep the ballot without breaking the seal of the

2    affidavit envelope.

3        "(b) For absentee ballots received by noon on the

4    day of the election, the absentee election manager shall,

5    beginning at noon, deliver the sealed affidavit envelopes

6    containing absentee ballots to the election officials provided

7    for in Section 17-10-11. The election officials shall then

8    call the name of each voter casting an absentee ballot with

9    poll watchers present as may be provided under the laws of

10   Alabama and shall examine each affidavit envelope to determine

11   if the signature of the voter has been appropriately

12   witnessed. If the witnessing of the signature and the

13   information in the affidavit establish that the voter is

14   entitled to vote by absentee ballot, then the election

15   officials shall certify the findings, open each affidavit

16   envelope, and deposit the plain envelope containing the

17   absentee ballot into a sealed ballot box.

18       "No poll worker or other election official shall

19   open an affidavit envelope if the envelope indicates the

20   ballot is an unverified provisional ballot or the affidavit

21   printed thereon is unsigned by the voter or unmarked, and no

22   ballot envelope or ballot therein may be removed or counted.

23   No poll worker or other election official shall open an

24   affidavit envelope if the voter's affidavit signature or mark

25   is not witnessed by the signatures of two witnesses or a

SB529

1   notary public, or other officer, including a military

2   commissioned officer, authorized to acknowledge oaths, and no

3   ballot envelope or ballot therein may be removed or counted.

4   The provision for witnessing of the voter's affidavit

5   signature or mark in Section 17-10-7 goes to the integrity and

6   sanctity of the ballot and election. No court or other

7   election tribunal shall allow the counting of an absentee

8   ballot with respect to which the voter's affidavit signature

9   or mark is not witnessed by the signatures of two witnesses 18

10  years of age or older or a notary public, or other officer,

11  including a military commissioned officer, authorized to

12  acknowledge oaths, prior to being delivered or mailed to the

13  absentee election manager.

14          "The absentee ballots shall upon the closing of the

15  polls be counted and otherwise handled in all respects as if

16  the absentee voter were present and voting in person. As

17  regards municipalities with populations of less than 10,000,

18  in the case of municipal elections held at a time different

19  from a primary or general election, the return mail envelopes

20  containing the ballots shall be delivered to the election

21  official of the precinct of the respective voters, unless the

22  city or town having a population of less than 10,000

23  inhabitants has, by permanent ordinance adopted six months

24  prior to the municipal election, established a procedure for

SB529

1    the appointment of absentee election officials pursuant to

2    subsection (c) of Section 11-46-27.

3           "(c) Absentee ballots cast in a second primary

4    election for federal, state, or county office by individuals

5    voting pursuant to the Uniformed and Overseas Citizens

6    Absentee Voting Act, 42 U.S.C. 1973ff et seq., and received

7    after noon on the day of the second primary election shall be

8    opened and counted at the same time as the verified

9    provisional ballots. At noon seven days after the second

10   primary election, the absentee election manager shall deliver

11   the sealed affidavit envelopes containing absentee ballots to

12   the officials provided for in subsection (f) of Section

13   17-10A-2. The officials shall call the name of each voter

14   casting an absentee ballot in the presence of watchers

15   designated by any interested candidates and shall examine each

16   affidavit envelope to determine if the signature of the voter

17   has been appropriately witnessed. If the witnessing of the

18   signature and the information in the affidavit establish that

19   the voter is entitled to vote by absentee ballot, then the

20   election officials shall certify the findings, open each

21   affidavit envelope, and deposit the plain envelope containing

22   the absentee ballot into a sealed ballot box.

23          "No election official shall open an affidavit

24   envelope if the affidavit printed thereon is unsigned by the

25   voter or unmarked, and no ballot envelope or ballot therein

Page 4

SB529

1     may be removed or counted. No election official shall open an

2     affidavit envelope if the voter's affidavit signature or mark

3     is not witnessed by the signatures of two witnesses or a

4     notary public, or other officer, including a military

5     commissioned officer, authorized to acknowledge oaths, and no

6     ballot envelope or ballot therein may be removed or counted.

7     The provision for witnessing of the voter's affidavit

8     signature or mark in Section 17-10-7 goes to the integrity and

9     sanctity of the ballot and election. No court or other

10    election tribunal shall allow the counting of an absentee

11    ballot with respect to which the voter's affidavit signature

12    or mark is not witnessed by the signatures of two witnesses 18

13    years of age or older or a notary public, or other officer,

14    including a military commissioned officer, authorized to

15    acknowledge oaths, prior to being delivered or mailed to the

16    absentee election manager.

17            "The absentee ballots described in this subsection

18    shall be opened, counted, and tabulated. The results of the

19    absentee ballots counted and tabulated on election day shall

20    be amended to include the results of the absentee ballots

21    described in this subsection.

22            "In all other respects, unless otherwise

23    specifically provided by law, the absentee ballots described

24    in this subsection shall be treated as other absentee ballots.

25            "§17-10-23.

SB529

1    "No absentee ballot shall be opened or counted if

2    received by the absentee election manager by mail, unless

3    postmarked as of the date prior to the day of the election and

4    received by mail no later than noon on the day of election,

5    or, if received by the absentee election manager by hand

6    delivery, unless so delivered to the absentee election manager

7    not later than 5:00 p.m. on the day prior to the election.

8    "The above provision does not apply in the case of

9    individuals voting absentee pursuant to the Uniformed and

10   Overseas Citizens Absentee Voting Act (UOCAVA), 42 U.S.C.

11   1973ff et seq., when those individuals are voting in a second

12   primary election for a federal, state, or county office. In

13   the case of UOCAVA voters voting absentee in a second primary

14   election for a federal, state, or county office, no absentee

15   ballot shall be opened or counted, if received by the absentee

16   election manager by mail, unless postmarked as of the day of

17   the second primary election and received by mail no later than

18   noon seven days after the second primary election.

19   "Except as to provisional absentee ballots that have

20   not been verified by seven days after the election, any

21   election official who fails to count a legal vote cast by

22   absentee ballot shall be guilty of a Class C felony and

23   punished as provided by law.

24   "§17-16-6.

Page 6

SB529

1          "Presidential preference primaries and primary

2     elections, except special primary elections, held at the

3     expense of the state or counties, shall be held on the first

4     Tuesday in June. When necessary, as provided in this chapter,

5     a second or runoff primary election shall be held on the sixth

6     Tuesday following the primary election. Any second primary

7     shall be held by the same election officers who held the first

8     primary, and be held at the same places as the first primary

9     election. No primary shall be held by any political party

10    except as herein provided. Primary elections herein provided

11    for shall be held at the regular polling places established

12    for the purpose of holding general elections.

13         "§17-16-36.

14         "(a) At the respective meetings of the respective

15    executive committees, the county executive committee shall, as

16    to candidates in the primary election for office, except

17    candidates for county office, publicly ascertain, determine

18    and declare whether any candidate for office in the primary

19    election has received a majority of the votes cast for the

20    office, and, if so, declare the candidate the nominee of the

21    party for the office for which he or she was a candidate and

22    for which he or she received a majority of the votes cast for

23    that office in the primary election.

24         "(b) If no candidate receives a majority of all of

25    the votes cast in the primary election for any one office or

Page 7

SB529

1     offices for the nomination to which there were more than two

2     candidates, then there shall be held a second primary election

3     on the sixth Tuesday following the primary election, and the

4     chairman of the state executive committee shall certify to the

5     Secretary of State, immediately upon the completion of the

6     canvass, the names of the two candidates of his or her party

7     to receive the highest number of votes in the first primary

8     election for office or offices, except county officers, and

9     who are to be voted for in the second primary election. The

10    chairman of each county executive committee shall, immediately

11    upon the completion of the canvass, certify to the probate

12    judge of the county the names of the two candidates who

13    received the highest number of votes in the first primary for

14    nomination to any county office. The Secretary of State shall,

15    within not more than six days from the date the certificate is

16    received from the chairman of the state executive committee,

17    certify to the probate judge of any county where a second

18    primary election is to be held the name or names of the

19    candidates certified to him or her as herein provided by the

20    chairman of the state executive committee. The probate judge

21    of each county in Alabama shall in the manner and form as

22    required by this chapter and the general laws of Alabama, have

23    prepared and printed all election supplies and all ballots to

24    be voted in the second primary election, which ballots shall

25    contain, under appropriate headings or titles of the offices

SB529

1     to be filled, the names of the two candidates for each office

2     so certified to the judge of probate by the Secretary of State

3     and the chairman of the county executive committee, as herein

4     required, as well as other matters as are required by this

5     chapter and the general laws of Alabama, on ballots for the

6     first primary election.

7            "(c) At the second primary election, no person can

8     be a candidate except the two persons who receive the highest

9     number of votes for the offices for which they were candidates

10    in the first primary election.

11           "(d) The returns from the second primary election

12    shall be made and the votes canvassed, tabulated, and

13    certified and the results declared in the same manner provided

14    in this chapter for making, canvassing, tabulating,

15    certifying, and declaring the results of the first primary

16    election. The county executive committee of the parties

17    participating in the primary election shall meet at the

18    courthouse of their respective counties not later than the

19    second Friday following the second primary election and

20    receive the returns, canvass, and tabulate the same by

21    precinct and publicly declare the results thereof. The

22    chairman of each county executive committee shall forthwith,

23    and not later than noon on the second Monday following the

24    primary election, certify and return to the chairman of the

25    state executive committee a statement and tabulation by

SB529

1  precincts of the results of the second primary election and of

2  the number of votes received by each candidate for office

3  therein voted for except candidates for county office. Not

4  later than noon on the third Wednesday following the second

5  primary election, the state executive committee, or a

6  subcommittee thereof as may have been appointed by the

7  chairman thereof for that purpose, shall meet at the State

8  Capitol in Montgomery and receive the returns and canvass and

9  tabulate the same by counties, and publicly declare on that

10  day the result thereof as to all candidates voted for, except

11  as to candidates for county office which results shall be

12  final. At the respective meetings of the respective executive

13  committees, the county executive committee shall, as to

14  candidates for county office voted for in the second primary

15  election, and the state executive committee shall, as to

16  candidates for office in the second primary election voted for

17  therein, except candidates for county office, publicly

18  ascertain and determine the candidates receiving a majority of

19  all of the votes cast in the second primary election for any

20  one office, and the candidates so ascertained and determined

21  to have received a majority of all of the votes cast in the

22  second primary election for the office shall be declared the

23  nominee of the party for office by the respective county and

24  state executive committees. Thereupon and immediately upon the

25  completion of the canvass, the chairman thereof shall certify

SB529

```
1     to and file with the probate judge of his or her county the

2     names of those who have been nominated in the first or the

3     second primary election or as otherwise authorized or provided

4     by this chapter, as candidates of his or her party for county

5     offices; and in like manner, and immediately upon the

6     completion of the canvass, by the state executive committee,

7     or subcommittee thereof, the chairman of the state executive

8     committee shall certify to and file with the Secretary of

9     State the names of those who have been nominated in the first

10    or second primary election or as otherwise authorized or

11    provided by this chapter as candidates of his or her party for

12    office, except candidates for county office, and the names of

13    the persons so certified shall be placed upon the official

14    ballot of the general election to be held in November next

15    thereafter as the candidates of the party for the offices for

16    which they, respectively, have been so nominated.

17                    "(e) The state executive committee or subcommittee

18    as provided in this section shall also provide the Secretary

19    of State with the second primary election returns by precincts

20    according to county on a form authorized by the Secretary of

21    State on the third Wednesday following the secondary primary,

22    county and municipal returns excepted."

23                    Section 2. Sections 11-43-44, 11-46-21, 11-46-55,

24    and 17-10-12, Code of Alabama 1975, as last amended by Act
```

SB529

1    2006-281 of the 2006 Regular Session, are amended to read as

2    follows:

3              "§11-43-44.

4              "The members of such council shall, on the first

5    Monday in November after their election, assemble and organize

6    the council.

7              "§11-46-21.

8              "(a) The regular municipal elections in cities and

9    towns shall be held on the fourth Tuesday in August 1984, and

10   quadrennially thereafter, and, when necessary as provided in

11   subsection (d) of Section 11-46-55, a second or runoff

12   election shall be held on the sixth Tuesday next thereafter

13   following the regular election.

14             "(b) Special elections shall be held on the second

15   or fourth Tuesday of any month when ordered by the municipal

16   governing body; provided, that notice of such election shall

17   be published in the manner prescribed in Section 11-46-22 on

18   or before the corresponding Tuesday of the second month

19   preceding the month in which the special election is to be

20   held.

21             "(c) Municipal officers elected at regular elections

22   shall assume the duties of their respective offices on the

23   first Monday in November following their election unless

24   otherwise provided in this article and shall serve until their

25   successors are elected and qualified.

SB529

```
 1              "§11-46-55.

 2              "(a) On the first Tuesday next after the election,

 3      by the hour of 12:00 noon, the municipal governing body shall

 4      proceed to open the envelopes addressed to the governing body

 5      which have been delivered by the several returning officers to

 6      the municipal clerk, canvass the returns, and ascertain and

 7      determine the number of votes received by each candidate and

 8      for and against each proposition submitted at the election. If

 9      it appears that any candidate or any proposition in the

10      election has received a majority of the votes cast for that

11      office or on that question, the municipal governing body shall

12      declare the candidate elected to the office or the question

13      carried, and a certificate of election shall be given to the

14      persons by the municipal governing body or a majority of them,

15      which shall entitle the persons so certified to the possession

16      of their respective offices immediately upon the expiration of

17      the terms of their predecessors as provided by law.

18              "(b) If a single office is to be filled at the

19      election and there is more than one candidate therefor, then

20      the majority of the votes cast for the office in the election

21      shall be ascertained by dividing the total votes cast for all

22      candidates for the office by two, and any number of votes in

23      excess of one half of the total votes cast for all candidates

24      for the office shall be a majority within the meaning of

25      subsection (a) of this section.
```

Page 13

SB529

1       "(c) If two or more offices constituting a group are

2       to be filled and there are more candidates for election than

3       there are offices, then the majority of the votes cast for the

4       office in the election shall be ascertained by dividing the

5       total vote cast for all candidates for the offices by the

6       number of positions to be filled and then dividing the result

7       by two. Any number of votes in excess of the number

8       ascertained by the last division shall be the majority

9       prescribed in subsection (a) of this section as necessary for

10      election. If in ascertaining the result in this way it appears

11      that more candidates have obtained this majority than there

12      are positions to be filled, then those having the highest

13      vote, if beyond the majority just defined shall be declared

14      elected to fill such positions.

15      "(d) If no candidate receives a majority of all the

16      votes cast in such election for any one office or offices for

17      the election to which there were more than two candidates,

18      then the municipal governing body shall order a second or

19      "runoff" election to be held on the sixth Tuesday next

20      thereafter following the regular election, at which election

21      the two candidates having received the most and the second

22      most votes, respectively, shall be candidates, and the person

23      receiving the highest number of votes for that office in the

24      runoff election shall be declared elected. If only two

25      candidates are standing for election for any one office or

Page 14

SB529

1       offices and neither candidate receives a majority, then the

2       municipal governing body shall order a second or "runoff"

3       election to be held on the sixth Tuesday next thereafter

4       following the regular election, at which election the two

5       candidates shall be candidates, and the person receiving the

6       highest number of votes for that office in the runoff election

7       shall be declared elected. In the event one of the candidates

8       for a particular office in the runoff election withdraws, then

9       there need not be a second election to fill the office nor

10      shall the name of either the party so withdrawing or the

11      remaining candidate be printed on the ballot of any second

12      election held under the provisions of this article. This

13      second election shall be held by the same election officers

14      who held the first election and at the same places the first

15      election was held. If there should be a tie vote cast at any

16      runoff election, then in the event the tie shall be decided by

17      the municipal governing body. A vote for a particular

18      candidate by a majority of those members eligible to vote of

19      the governing body shall be necessary to decide the election

20      in his or her favor. The municipal clerk shall file a copy of

21      each certificate of election in the office of the judge of

22      probate of the county in which the city or town is situated,

23      and the judge shall file the certificate in the same manner

24      that he or she files the declaration of the result of

25      elections to county offices.

SB529

1         "§17-10-12.

2         "(a) Not less than 40 days prior to the holding of

3    any election, except a municipal election, to which this

4    chapter pertains, or in the case of a run-off primary

5    election, not more than seven days after the first primary

6    election, the officer charged with the printing and

7    distribution of the official ballots and election supplies

8    shall deliver to the absentee election manager of each county

9    in which the election is held or to the person designated to

10    serve in his or her place a sufficient number of absentee

11    ballots, envelopes, and other necessary supplies. Not more

12    than seven days after the last day to qualify as a candidate

13    in a municipal election, or in the case of a run-off municipal

14    election, not more than 14 days after the first election, or

15    in the case of a municipal election held for a purpose other

16    than the election of municipal officers, not more than seven

17    days after the giving of notice of the election, the officer

18    charged with the printing and distribution of the official

19    ballots and election supplies shall deliver to the absentee

20    election manager of the municipality in which the election is

21    held, or to the person designated to serve in his or her

22    place, a sufficient number of absentee ballots, envelopes, and

23    other necessary supplies. If the absentee election manager is

24    a candidate with opposition in the election, he or she shall

25    immediately, upon receipt of the ballots, envelopes, and

SB529

1   supplies, deliver them to the person authorized to act in his

2   or her place, as provided in Section 17-10-13.

3          "(b) Any registered elector who requires emergency

4   treatment of a licensed physician within five days of an

5   election may apply for an emergency absentee ballot for the

6   election and may vote by returning the absentee ballot no

7   later than noon on the day the election is held. The attendant

8.  physician shall describe and certify the circumstances as

9   constituting an emergency on a special form designed by the

10  Secretary of State and provided by his or her office to local

11  absentee election managers. The special form shall be attached

12  to the application.

13         "(c) Any registered elector whose name appears on

14  the poll list of qualified voters may vote by an emergency

15  absentee ballot if he or she is required by his or her

16  employer under unforeseen circumstances to be out of the

17  county on an emergency business trip on election day. Under

18  such circumstances, the applicant shall apply for an emergency

19  absentee ballot at the office of the absentee election manager

20  no later than the close of the business day one day prior to

21  the election. The applicant shall complete and file an

22  application form designed by the Secretary of State for

23  emergency absentee voters. The form shall contain an affidavit

24  which the applicant shall sign or swear acknowledging that he

25  or she was not aware of the out of county business requirement

Page 17

SB529

1     prior to five days before the election. An applicant who meets

2     the requirements of this subsection may vote by an emergency

3     absentee ballot. After voting the ballot, the voter shall hand

4     the ballot to the absentee election manager."

5               Section 3.  The Legislature notes that Section

6     17-10-12 was also amended during the 2006 Regular Session by

7     HB479, which is now enacted as Act 2006-281. It is the intent

8     of the Legislature that where conflicts exist between this act

9     and the amendment of Section 17-10-12 in HB479, the provisions

10    in this act shall control.

11             Section 4. This act shall become effective following

12    its passage and approval by the Governor, or its otherwise

13    becoming law. This act shall not be enforced until it is

14    precleared pursuant to Section 5 of the Voting Rights Act, 42

15    U.S.C. § 1973c.

Page 18

SB529

President and Presiding Officer of the Senate

Speaker of the House of Representatives

SB529
Senate 30-MAR-06
I hereby certify that the within Act originated in and passed
the Senate, as amended.

McDowell Lee
Secretary

House of Representatives
Amended and passed 05-APR-06

Senate concurred in House amendment 05-APR-06

By: Senator Mitchell

APPROVED _April 13, 2006_

TIME _1:20 p.m._

GOVERNOR                        Page 19

Alabama Secretary Of State
    Act Num....: 2006-354
    Bill Num...: S-529
Recv'd 04/13/06    02:46pmJJB