IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-225-MEF |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | (WO) |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

This cause is before the court on the Notice of Dismissal Pursuant to Rule 41(a)(1)(i) (Doc. # 13) filed by plaintiff on June 5, 2006. Upon consideration of the plaintiff's notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this action is DISMISSED in its entirety without prejudice. It is further ORDERED that the Clerk of the Court is DIRECTED to enter this document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 5th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE